# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:09-cv-03789-JHN -FFMx | Date | January 5, 2011 |
|---|---|---|---|
| Title | Lehman Brothers Holdings, Inc. v. Genpact Mortgage Services, Inc. | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** ORDER TO SHOW CAUSE RE SANCTIONS (In Chambers)

The Court ORDERS that counsel for Defendant show cause in writing on or before **January 10, 2011**, why sanctions should not be imposed for failure to comply with the Court's Minutes ordering Defendant to file, by January 3, 2011, an Opposition to Plaintiff's Motion for Partial Summary Judgment. (Docket no. 52).

The Court will consider the filing of the following, on or before the above date, as an appropriate response to this Order to Show Cause:

- Defendant's Opposition, with counsel's declaration as to why Defendant failed to comply with the Court's Order;
or
- A stipulation by the parties dismissing this action, if the matter has settled.

The Order to Show Cause will stand submitted upon the filing of counsel's response. If Defendant files an Opposition, Plaintiff's Reply will be due seven (7) days after the Opposition is filed. Failure to respond to the Court's order may result in the imposition of sanctions.

IT IS SO ORDERED.

| | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |